WILLIAM C. HEATON et al., Doing Business under the Firm Name of W. C. HEATON AND COMPANY, Respondents, *v.* CITY OF COHOES, Appellant.

(Submitted May 18, 1936; decided May 26, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 270 N. Y. 222.)

OLSHANSKY BROTHERS, INC., Respondent, *v.* SAMUEL SCHWARTZ et al., Appellants, and PHILIP SPINA et al., Respondents, Impleaded with Another.

(Submitted May 18, 1936; decided May 26, 1936.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 270 N. Y. 662.)